**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAR 23 PM 3:27

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INFORMATION |
| **JOHN J. KOTCHKOSKI,** | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute and to Possess With Intent to Distribute**
**400 Grams or More of a Mixture or Substance**
**Containing a Detectable Amount of Fentanyl)**

1. At all times relevant to this Information, Defendant **JOHN J. KOTCHKOSKI** was a police officer with the Columbus Division of Police assigned to investigate drug crimes. In his role as a police officer, Defendant **JOHN J. KOTCHKOSKI** repeatedly violated federal drug laws.

2. From in and around June 2021 through on or about September 28, 2021, in the Southern District of Ohio, Defendant **JOHN J. KOTCHKOSKI** knowingly and intentionally combined, conspired, and agreed with other persons, known and unknown to the United States Attorney, to distribute and to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(vi).**

## FORFEITURE ALLEGATION

3. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

4. Upon conviction of the controlled substance offense alleged in Count 1 of this Information, Defendant **JOHN J. KOTCHKOSKI** shall forfeit to the United States, under 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following:

   a. A black 2016 Cadillac Escalade, VIN 1GYS4BKJ1GR125152, Ohio license JEK9897;

   b. Assorted firearms, equipment, ammunition, and magazines, including:
      i. A Beretta. Model M9A3, 9mm pistol, bearing Serial Number BER734164, and approximately 18 round of 9mm ammunition;
      ii. A Marlin Firearms Co., Model 1895SBL, 45/70 caliber rifle, bearing Serial Number MR84225F, with an attached Sparc scope;
      iii. A Glock, Model 19 199x19, 9mm pistol, bearing Serial Number AFBL763;
      iv. A Remington Arms Co., Model 870 Tactical, 12-gauge shotgun, bearing Serial Number RS08244M, with an attached Leupold scope bearing Serial Number 660570W;
      v. A Marlin Firearms Co., Model 1895 SBL, 45/70 caliber rifle, bearing Serial Number MR91519G;
      vi. A Remington Arms Co., Model 11-87, 12-gauge shotgun, bearing Serial Number PC350009;
      vii. An FN Herstal, Model Scar 17S, 7.62x51 caliber rifle, bearing Serial Number HC64156;
      viii. A Smith & Wesson, Model M&P-15, rifle, bearing Serial Number SX24898;
      ix. A Noveske Rifleworks LLC, Model NSR-13.5, .556 caliber rifle, bearing Serial Number F13200, with an attached Aimpoint Park sight bearing Serial Number K4019250, and an attached Surefire light bearing Serial Number A26026;

    x.    A Daniel Defense, Model DDM4, rifle, bearing Serial Number DDM4-123036;

    xi.    A Smith & Wesson, Model M&P-15, rifle, bearing Serial Number SV29102;

    xii.    A Smith & Wesson, Model M&P Body Guard, .380 caliber pistol, bearing Serial Number KCU0456;

    xiii.    A Kimber, Model K6S, .357 magnum revolver, bearing Serial Number RV004715;

    xiv.    A Sig Sauer, Model P227, .45 caliber pistol, bearing Serial Number 51B033369;

    xv.    A Sig Sauer, Model P226, 9mm pistol, bearing Serial Number UU744265;

    xvi.    A Beretta, Model Elite LTT, 9mm pistol, bearing Serial Number LTT004056;

    xvii.    An H&K, Model VP9, 9mm pistol, bearing Serial Number 224-150263, including approximately 1 round of Winchester 9mm ammunition;

    xviii.    An FNH Belgium, Model Scar 16S, 5.56x45 caliber rifle, bearing Serial Number LC33669, including approximately 30 rounds of Speer 80 ammunition;

    xix.    An Aimpoint Patriot Rifle Optic, bearing Serial Number K3021652

    xx.    A Kinetic Development Group SCAR SAS folding stock;

    xxi.    An IWI Israel Weapon Industries, Model Galil Ace Sar, 5.56x45 caliber rifle, bearing Serial Number G2001462, including approximately 30 rounds of LC15 ammunition;

    xxii.    A Spitfire 3x optic, bearing Serial Number 190901407;

    xxiii.    A Sig Sauer, Model P365, 9mm pistol, bearing Serial Number 66B348327, including approximately 8 rounds of 9mm Speer ammunition;

    xxiv.    A Kimber 357 Magnum, .357 caliber revolver, bearing Serial Number RV037112, including approximately 48 rounds of ammunition and magazines; and

    xxv.    Assorted magazines containing ammunition.

c.    Approximately $246.00 in United States currency;

d.    Approximately $12,102.79 in United States currency;

e.    A 2021 Chevrolet Corvette, VIN 1G1YB2D48M5109782; and

   f. A total of $500,000.00 in United States currency in the form of a forfeiture money judgment representing the proceeds acquired by Defendant **JOHN J. KOTCHKOSKI** from the offense alleged in the Information.

 5. If any of the forfeitable property described above, as a result of any act or omission of Defendant **JOHN J. KOTCHKOSKI**,

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of Defendant **JOHN J. KOTCHKOSKI** up to the value of the forfeitable property.

 Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

            KENNETH L. PARKER
            UNITED STATES ATTORNEY

            */s/ Peter K. Glenn-Applegate*
            PETER K. GLENN-APPLEGATE (0088708)
            ELIZABETH A. GERAGHTY (0072275)
            Assistant United States Attorneys