United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Graham and Judge Sargus

FROM: Spencer D. Harris, Deputy Clerk

DATE: 3/24/2022

SUBJECT: Case Caption: USA v. Kotchkoski

CASE: Case Number: 2:22-CR-47

DISTRICT JUDGE: Judge Graham

File Date: 3/23/22

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Marco R. Merino**

Case Number: **2:22-CR-14**  District Judge: **Sargus**

File Date: **1/28/22**  Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:  District Judge:

File Date:  Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     <u>Spencer D. Harris</u>
as follows:

**Judges' Response:**

- ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- ☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    <u>Sargus, Jr.</u>

- ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- ☐ We are unable to agree and will accept any decision made by the Chief Judge.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- ☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 3/25/2022
United States District Judge

*[signature]*
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*