IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,                                 <u>NOTICE</u>

v.                                                 Case No. 2:22-cr-47
                                                     **JUDGE  JUDGE SARGUS, JR.**

**JOHN J. KOTCHKOSKI,**

        Defendant.

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court         **GoToMeeting**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard                 **April 1, 2022 at 1:30 P.M.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                            **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**

DATE:  March 25, 2022

                                             /s /   Christin M. Werner
                                             (By) Christin M. Werner, Deputy Clerk