## <u>CRIMINAL MINUTES</u>

2:22-cr-47
USA v. John J. Kotchkoski
(Custody)

## **Arraignment on Information**
**held on Friday, April 1, 2022 at 1:30 p.m.**
**via GoToMeeting before Judge Edmund A. Sargus, Jr.**

For Govt: Peter Glenn-Applegate and Elizabeth Geraghty

For Deft: Samuel Shamansky

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

Defendant enters a guilty plea to count 1 and the forfeiture
allegation of the Information.
PSI Ordered.
Waiver of Indictment signed.