# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22 cr 47 |
| John J. Kotchkoski | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3-28-22

*JJ Kotchkoski*
*Defendant's signature*

*Signature of defendant's attorney*

Samuel H. Shamansky
*Printed name of defendant's attorney*

s/Edmund A. Sargus, Jr.
*Judge's signature*

Edmund A. Sargus, Jr.  United States District Judge
*Judge's printed name and title*