IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    NOTICE

    v.

    Case No. 2:22-cr-47
    Judge Edmund A. Sargus, Jr.

JOHN KOTCHKOSKI,
    Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**    United States District Court    Courtroom No. 311
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard    1/12/2023 at 10:30 A.M.
    Columbus, Ohio 43215

TYPE OF PROCEEDING:    **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**

DATE:  October 4, 2022

      /s /   Christin Werner
    (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF