**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
    Plaintiff,                                       **NOTICE**

         v.                                                Case No. 2:22-cr-47
                                                             Judge Edmund A. Sargus, Jr.

**JOHN KOTCHKOSKI,**
    Defendant.

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**     United States District Court           Courtroom No. 311
              Joseph P. Kinneary U.S. Courthouse
              85 Marconi Boulevard                   3/9/2023 at 1:30 P.M.
              Columbus, Ohio 43215

TYPE OF PROCEEDING:    **SENTENCING HEARING** (Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.)

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                                             **EDMUND A. SARGUS, JR.
                                                             UNITED STATES DISTRICT JUDGE**

DATE:   January 4, 2023

                                                         /s /   Christin Werner
                                                         (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF