# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,                                     NOTICE

        v.                                           Case No. 2:22-cr-47
                                                  Judge Edmund A. Sargus, Jr.

**JOHN KOTCHKOSKI,**
    Defendant.

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | | |
|---|---|---|
| **Place:** | **United States District Court** | **Courtroom No. 311** |
| | **Joseph P. Kinneary U.S. Courthouse** | |
| | **85 Marconi Boulevard** | 8/7/2024 at 10:00 A.M. |
| | **Columbus, Ohio 43215** | |

TYPE OF PROCEEDING:    **SENTENCING HEARING**

**The following schedule is established:**

(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                                      **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**

DATE:   April 24, 2023

                                                         /s /   Christin Werner
                                                       (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF