# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

    v.

**JOHN KOTCHKOSKI,**
    Defendant.

**NOTICE**

Case No. 2:22-cr-47
Judge Edmund A. Sargus, Jr.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**    **United States District Court**    **Courtroom No. 311**
**Joseph P. Kinneary U.S. Courthouse**
**85 Marconi Boulevard**    12/3/2024 at 10:00 A.M.
**Columbus, Ohio 43215**

TYPE OF PROCEEDING:    **SENTENCING HEARING**

**The following schedule is established:**

(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  July 29, 2023

    /s /   Christin Werner
(By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF